PROB 12C
(6/16)

Report Date: October 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd Anthony Sawyer, Jr.          Case Number: 0980 2:13CR00104-RHW-1

Address of Offender:                                Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 6, 2014

Original Offense:     Possess with Intent to Distribute 50 Grams of More of Pure (actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:    Prison - 120 months                Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  George JC Jacobs, III             Date Supervision Commenced: January 31, 2022

Defense Attorney:     Federal Public Defender           Date Supervision Expires: January 30, 2027

## PETITIONING THE COURT

To issue a summons.

On January 31, 2022, Mr. Sawyer's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Driving Under the Influence, in violation of RCW 46.61.502, on or about October 22, 2022.<br><br>On October 22, 2022, Mr. Sawyer was charged with driving under the influence, Spokane County District Court case number 2A0629708. On that same date, a Breathalyzer test was administered and Mr. Sawyer registered .096 and .098 BAC.<br><br>As of this writing, the incident report is unavailable. |
| 2 | **Special Condition #17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re: Sawyer, Jr., Todd Anthony
October 27, 2022
Page 2

**Supporting Evidence**: As previously noted, on October 22, 2022, Mr. Sawyer was charged with driving under the influence, Spokane County District Court case number 2A0629708. Mr. Sawyer submitted to a Breathalyzer test on that same date, which registered .096 and .098 BAC.

On October 25, 2022, he reported to the U.S. Probation Office to discuss the above-referenced incident. At that time, he admitted to consuming alcohol on or about October 22, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 27, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Robert A. Whaley_
Signature of Judicial Officer

10/28/2022
Date